| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Faisal Saeed Quadri** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2761** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **14–40996** | | |

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Faisal Saeed Quadri
aka Faisal Quadri, aka Faisal S. Quadri

April 25, 2016                                                                    **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                                   United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                 **Order of Discharge**                                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-40996-DRC
Faisal Saeed Quadri                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams            Page 1 of 2                  Date Rcvd: Apr 25, 2016
                              Form ID: 318               Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2016.
db           +Faisal Saeed Quadri,    6515 Pinehollow Road,    Carpentersville, IL 60110-3407
22626935     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
               Saint Louis, MO 63179-0040
22626936     +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
22626937      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22626938     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22626941     +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
22626942     +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
22626944     +Staniscontr,    914 14th Street,    Modesto, CA 95354-1011
22626945     +The Kimball Farms Master Association,    c/o Robert P. Nesbit,    750 Lake Cook Road, Suite 350,
               Buffalo Grove, IL 60089-2088
22626946     +Think Federal Credit Union,    5200 Members Pkwy NW,    Rochester, MN 55901-8381
22626947     +Think Mutual Bank,    s/b/m to Think Federal Credit Union,    5200 Members Parkway NW,
               Rochester, MN 55901-8381
22706145     +Think Mutual Bank,    P O Box 7194,    Rochester, MN 55903-7194
22626948     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QECBERG.COM Apr 26 2016 01:09:00      Elizabeth C Berg,    Baldi Berg, Ltd.,
               20 N. Clark Street,    Suite 200,    Chicago, IL 60602-4120
22626929     +EDI: AFNIRECOVERY.COM Apr 26 2016 01:08:00      Afni,   P.O. Box 3517,
               Bloomington, IL 61702-3517
22626930     +EDI: AFNIRECOVERY.COM Apr 26 2016 01:08:00      Afni, Inc.,    Attention: Bankruptcy,
               1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
22626932     +EDI: AFNIRECOVERY.COM Apr 26 2016 01:08:00      Afni, Inc.,    1310 MLK Drive,    P.O. Box 3517,
               Bloomington, IL 61702-3517
22626931     +EDI: AFNIRECOVERY.COM Apr 26 2016 01:08:00      Afni, Inc.,    404 Brock Drive,
               Bloomington, IL 61701-2654
22626933     +EDI: BANKAMER2.COM Apr 26 2016 01:08:00      Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,    Charlotte, NC 28255-0001
22626934     +E-mail/Text: contact@csicollects.com Apr 26 2016 01:41:43       Certified Services Inc,
               1733 Washington Street, Suite 2,    Waukegan, IL 60085-5192
23653320      EDI: IRS.COM Apr 26 2016 01:08:00      IRS Department of Treasury,    ACS Support - Stop 5050,
               PO Box 219236,    Kansas City, MO 64121
22626939     +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Apr 26 2016 01:38:25
               Illinois Student Assistance Commission,    1755 Lake Cook Road,    Deerfield, IL 60015-5209
22626940     +E-mail/Text: mmrgbk@miramedrg.com Apr 26 2016 01:39:49       Pellettieri,   991 Oak Creek Dr,
               Lombard, IL 60148-6408
22735685     +E-mail/Text: sdemars@rjh-law.com Apr 26 2016 01:39:22       SHERMAN HOSPITAL,
               C/O RONALD J. HENNINGS P.C.,    P.O BOX 40310,    ST. CHARLES, IL 60174-9080
22626943     +EDI: SWCR.COM Apr 26 2016 01:09:00      Southwest Credit Syste,
               4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
22626943     +E-mail/Text: bankruptcy@sw-credit.com Apr 26 2016 01:39:47       Southwest Credit Syste,
               4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2016                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                  Date Rcvd: Apr 25, 2016
                               Form ID: 318                 Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2016 at the address(es) listed below:

              Charles L. Magerski    on behalf of Debtor 1 Faisal Saeed Quadri Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Kinnera  Bhoopal    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") Creditor c/o Seterus, Inc
               kinnera.bhoopal@pierceservices.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor 1 Faisal Saeed Quadri ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
                                                                                             TOTAL: 5